JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 19-6695 FMO |
| Plaintiff-Respondent, | Case No. CR 15-0529 FMO |
| v. | **JUDGMENT** |
| EDDIS DAVENPORT, | |
| Defendant-Petitioner. | |

Pursuant to the Court's Order Re: Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 20th day of June, 2023.

/s/
_____
Fernando M. Olguin
United States District Judge